

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00466-CR

Niketa Vashuan **BUSH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, McLennan County, Texas
Trial Court No. 2012-0708-CR2
Honorable Michael B. Gassaway, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this matter is REMANDED for further proceedings consistent with this opinion.

SIGNED January 29, 2014.

Patricia O. Alvarez, Justice